**GREENBERG TRAURIG LLP**
E. Patrick Ellisen (SBN 142033)
(ellisenp@gtlaw.com)
Daniel T. McCloskey (SBN191944)
(mccloskeyd@gtlaw.com)
1900 University Avenue 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendants
**5.11, INC.** and **WILEY X, INC.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>5.11, INC., a California corporation, and WILEY X, INC., a California corporation,<br><br>Defendants. | Case No. 11CV2173 WQH-CAB<br><br>**DEFENDANTS WILEY X, INC. AND 5.11, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>*[Filed Concurrently with Memorandum of Points and Authorities and Declaration of Daniel T. McCloskey]*<br><br>Assigned to: Judge William Q. Hayes<br><br>Date:   December 12, 2011<br>Time:  11:00 a.m.<br>Ctrm:   4, Fourth Floor<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on December 12, 2011 at 11:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 4 of the above-entitled Court, located at 940 Front Street, San Diego, California, Defendants Wiley X, Inc. and 5.11, Inc. ("Defendants") will and hereby do move the Court, for an order dismissing the Complaint for Patent Infringement filed by Plaintiff Oakley, Inc. ("Plaintiff" or "Oakley") against Defendants.

Defendants' Motion is made pursuant to Federal Rules 8(a) and 12(b)(6) and on the grounds that Oakley's Complaint fails to state sufficient facts to satisfy Federal Rule 8(a), as required by the U.S. Supreme Court in *Ashcroft v. Iqbal,* ––U.S. ––, ––, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009), because it fails to (a) identify any products of either Defendant alleged to infringe any of the three patents-in-suit; (b) specify any facts to support its claims that either 5.11 or Wiley X indirectly infringe the patents-in-suit; and (c) state any facts in support of its conclusory allegations that Defendants had actual or constructive knowledge of the patents and/or the knowledge required for forming the bases for the alleged willful infringement.

Counsel for Defendants brought these obvious deficiencies to the attention of Oakley's counsel in an effort to resolve this issue without the need for the present Motion. Despite being provided with case authorities indicating that their position was untenable, Oakley's counsel stated that they would not amend the Complaint and would oppose this Motion. In view of Oakley's utter refusal to meet the most basic of pleading requirements, Defendants respectfully request that the Court issue an order dismissing the Complaint, with prejudice.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and Declaration of Daniel T. McCloskey filed concurrently herewith, upon all documents and evidence in the Court's file, and upon any further argument or evidence the Court may consider at any hearing of this Motion.

///
///
///
///

1

Respectfully submitted,

Dated:  November 14, 2011

GREENBERG TRAURIG, LLP

By:   */s/ E. Patrick Ellisen*
         E. Patrick Ellisen

Attorneys for Defendants 5.11, INC., and WILEY X, INC.
Email: ellisenp@gtlaw.com

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN MATEO:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **1900 University Avenue, 5th Floor, E. Palo Alto, CA 94303**.

On the below date, I served **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** with the Clerk of the United States District Court for the Southern District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

Michael K. Friedland                                             *Attorneys for Plaintiff, OAKLEY, INC.*
Paul N. Conover
Ali S. Razai
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Tel:   (949) 760-0404
Fax:   (949) 760-9502
Email: mfriedland@kmob.com
            pconover@kmob.com
            ali.razai@kmob.com

☒   **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒   **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on November 14, 2011 at East Palo Alto, California.

                                                            */s/ E. Patrick Ellisen*
                                                            E. Patrick Ellisen

---

3
DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS               CASE No. 11CV2173 WQH CAB